UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO HARRIS BANK N.A., | Case No. 1:23-cv-00369-ADA-SAB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |
| v. | |
| RONSHER TRANS, et al. | (ECF Nos. 10, 12) |
| Defendants. | |

Currently before the Court is Plaintiff BMO Harris Bank N.A.'s ("Plaintiff") motion for default judgment, filed on May 12, 2023. (ECF No. 10.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 28, 2023, the assigned Magistrate Judge entered findings and recommendations, recommending that Plaintiff's motion be granted. (ECF No. 12.) The findings and recommendations contain notice that any objections thereto were to be filed within fourteen days after service. (*Id*. at 18-19.) No objections to the findings and recommendations were filed and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

///

1

Accordingly,

1. The findings and recommendations entered on June 28, 2023, (ECF No. 12), are ADOPTED IN FULL.

2. Plaintiff BMO Harris Bank N.A.'s motion for default judgment, (ECF No. 10), is GRANTED, as follows:

3. Default judgment is ENTERED in favor of Plaintiff BMO Harris Bank N.A. against Defendants Ronsher Trans and Ramandeep Sandhu, jointly and severally, in the amount of $259,819.95, which consists of:

   a) Principal: $220,037.58
   b) Interest: $15,643.76
   c) Late Fees: $1,100.64
   d) Repossession Fees: $17,414.67
   e) Return Item Fees: $150.00
   f) Attorneys' Fees: $4,922.50
   g) Costs: $550.80

4. Plaintiff is AWARDED possession of the following unrecovered vehicles, and Defendants are DIRECTED to specifically perform their obligations under the loan and security agreements to return and/or allow Plaintiff to take possession of the vehicles:

   a) 2017 Hyundai Dry Van, VIN 3H3V532C5HT325017 (pursuant to the 6001 Agreement); and
   b) 2020 Wabash Dry Van, VIN 1JJV532D5LL174049 (pursuant to the 0001 Agreement); and

///
///
///
///
///

5. Upon recovery and sale of the identified vehicles in a commercially reasonable manner, the money judgment entered herein shall be credited with the net sales proceeds.

IT IS SO ORDERED.

Dated: __August 31, 2023__

_____
UNITED STATES DISTRICT JUDGE